IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| MIKE FULTON, | : |
| Petitioner, | : |
| v. | : Criminal No. 3:99-cr-3 (HL) |
| | : Civil No. 3:05-cv-33 (HL) |
| UNITED STATES OF AMERICA, | : |
| Respondent. | : |

## ORDER

The Report and Recommendation of United States Magistrate Judge G. Mallon Faircloth [doc 79], entered April 26, 2005, is before the Court. Petitioner, Mike Fulton, has filed written objections to the Recommendation. The Court, having considered the objections, and having given de novo consideration to those portions of the Recommendation to which objection is made, hereby accepts the Recommendation made by the Magistrate Judge. The Motion to Vacate, Set Aside or Correct Sentence (doc 77) is hereby dismissed as barred by the statute of limitations.[1]

SO ORDERED, this the __17__ day of __May__, 2005.

_____
HUGH LAWSON, Judge

mls

---

[1] The Magistrate Judge recommended that the motion be denied. The Court prefers to dismiss § 2255 motions which are untimely because they fail to comply with the provisions of that Code Section and, therefore, are not properly before the Court for determination on the merits.