**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | | |
|---|---|---|
| MIKE FULTON, | : | |
| | : | |
| Petitioner, | : | |
| | : | Criminal No. 3:99-cr-3(HL) |
| vs. | : | Civil No. 3:05-cv-33(HL) |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | |
| Respondent. | : | |

_____

**O R D E R**

Petitioner filed a Motion to Vacate, Set Aside or Correct his sentence which was dismissed by this Court on May 17, 2005.  Petitioner now seeks to appeal the denial of his § 2255 motion and requests this Court to issue a certificate of appealability ("COA").  Rule 22(b) of the Federal Rules of Appellate Procedure provides that "the applicant cannot take an appeal unless a circuit justice or circuit or district judge issues a certificate of appealability under 28 U.S.C. § 2253(c)."

Pursuant to 28 U.S.C. § 2253(c)(2), a certificate of appealability must issue if the petitioner makes "a substantial showing of the denial of a constitutional right."  Having failed to make a substantial showing of the denial of a constitutional right, Petitioner's application for a COA is **DENIED**.  Having denied his application for Certificate of Appealability the motion to proceed *in forma pauperis* is hereby **DENIED AS MOOT**.

**SO ORDERED**, this 13th day of June, 2005.

s/ Hugh Lawson
**HUGH LAWSON, JUDGE**

mh